

JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | CREDIT BUREAU OF NAPA COUNTY, INC. | File Number | 59668285 |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 11/19/1997 | State | CALIFORNIA |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 11/19/1997 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | FRED MERRILL 5211 GROVE ST SONOMA CA 95476 |
| Agent City | CHICAGO | Secretary Name & Address | DAWN MARMADUKE 19362 LORETTA WAY SONOMA CA 95476 |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 09/18/2012 | For Year | 2012 |
| Assumed Name | ACTIVE - CHASE RECEIVABLES | | |

Return to the Search Screen        Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



EXHIBIT
A

http://www.ilsos.gov/corporatellc/CorporateLlcController        6/22/2013