Print this Listing

6/24/2013 **Illinois Division of Professional Regulation** 9:51:28 AM

## SEARCH FOR LICENSEE BY PROFESSION:
## Collection Agency, Licensed
## THERE ARE 1 RECORDS WHOSE NAME CONTAINS: credit bureau of napa

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| CREDIT BUREAU OF NAPA COUNTY INC | DBA CHASE RECEIVABLES | 017020309 | ACTIVE | Sonoma, CA | 06/12/1998 | 05/31/2015 | N |

**Page 1**

EXHIBIT
B

https://www.idfpr.com/licenselookup/printthispage.asp?page=1&pro_cde=0017&lnme=cre... 6/24/2013