1247 Broadway
Sonoma, CA 95476

PERSONAL & CONFIDENTIAL

Address Service Requested

DEBORAH WOODIE
TN

**CHASE RECEIVABLES**
A Professional Collection Agency

(877) 256-2510

PLEASE CALL BETWEEN
Monday-Friday 6:00am to 6:00pm PST
Saturday 6am to 2:30pm PST

June 29, 2011

RE:
For:
REPORTED TO CR:Y
Chase#
TOTAL BALANCE: $ 302.88


JUL 19 2011

HABLAMOS ESPANOL
THIS DEBT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION.
THE RECORDS OF THE ABOVE NAMED CREDITOR SHOW THAT THIS DEBT IS
\*\*\* PAST DUE \*\*\*

UNLESS YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION OF IT, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST OF THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

---

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.

Home Phone: _____  Work Phone: _____

PAY ON LINE www.chaserec.com/paymethod.php
To access your account online use the following PIN# 32206

Payment Methods Available: Credit Card, Electronic Payments over the phone, Post-Dated Electronic Payments, Money Orders, Certified Checks, Western Union-(City Code=Chase Receivables, Score CA.)

Chase#
CHASE RECEIVABLES
1247 BROADWAY
SONOMA CA 95476

DEBORAH WOODIE
TN

AMOUNT: $ 302.88

CHR0405-08



EXHIBIT
C