**Legal Advocates for Seniors and People with Disabilities**®
211 W. Wacker Drive, Suite 750, Chicago, IL 60606
Phone: 312-263-1633   Fax: 312-263-1637
Website: www.mylegaladvocates.org
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

August 23, 2011

Chase Receivables
1247 Broadway
Sonoma, CA 95476-7503

Re:   Deborah Woodie
   TN

**Consumer's account:**
LASPD file number:  5070

Dear Sir or Madam:

Please be advised that we represent Deborah Woodie regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities (LASPD) is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by Federal law, and advises them of their rights pursuant to various Federal statutes. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. Woodie. As you will see, Ms. Woodie's income is protected from levy, attachment or garnishment by Federal law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*[signature]*

Jeff Whitehead,
Supervising Attorney
Enc.


EXHIBIT D

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

Edward Grossman, Executive Director
Maria C. Bulata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: Deborah Anne Woodie
First Client

SIGNED: Deborah A. Woodie
First Client

DATED: 8/4/09

PRINTED NAME: _____
Second Client

SIGNED: _____
Second Client

DATED: 8-6-09

SUBSCRIBED AND SWORN TO BEFORE ME THIS 6th DAY OF August, 2009.

_____
NOTARY PUBLIC

8-17-11

[Notary Seal: Kimberly B. Chisholm, State of Tennessee, Notary Public]

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as completely, neatly and accurately as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

| A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS – MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS) | | | |
|---|---|---|---|
| SOURCE OF INCOME | AMOUNT | SOURCE OF INCOME | AMOUNT |
| Social Security, Supplemental Security Income (SSI) or Retirement, Survivors, Disability Insurance (RSDI) *Please circle one or more.* [disability] | [redacted] | Wage Income | none |
| | | Unemployment Compensation | none none |
| Other Disability Benefits | [redacted] none | Rental Income | none none |
| Veterans' Benefits | none | Interest Income | none none |
| Workers' Compensation | none | Other Income (if any, please describe) | none none |
| Public Aid | none | | none none |
| Alimony | none | | none none |
| Child Support | none | | none none |
| Pension Benefits (ERISA, from company retirement plans) or IRA's | none | TOTAL INCOME | [redacted] |

*(not including food stamps)*

| B. MONTHLY EXPENSES – MONEY YOU PAY TO OTHERS | | | |
|---|---|---|---|
| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
| Rent/Mortgage *Please circle one* | none | Clothing | [redacted] |
| Utilities (gas, electric, telephone, cell phone, water, etc.) | [redacted] | Medical | none |
| Real estate taxes *Be sure to divide the yearly amount by 12* | [redacted] | Dental | none |
| Food | [redacted] | Religious Affiliation Donations | [redacted] |

[margin notes: "trash you can in Home&bill inance toiletries feminine... See other side"]

7

| | | | |
|---|---|---|---|
| Car Payment(s) | NONE | Health Insurance | NONE |
| Car Insurance | ███ | | |
| Car, Gas & Maintenance | | Life Insurance *State Funded Medicare* | NONE |
| Other Transportation Costs | NONE | Other Expenses (List) *Ing. Household Goods Smith [illegible]* | ███ |
| Reasonable expenses to support a child or parent | NONE | *Collection Extortioners* | |
| | NONE | | |
| | NONE | | |
| | NONE | | |
| | NONE | TOTAL EXPENSES | ███ |

*I am unable to pay all of [illegible] without more of my [illegible]*

Have you ever co-signed a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? __Yes__

If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan): *Cellphone for My Son Adam Woodie - AT+T*

*No, Financial Collectors of ███ Dollars*

The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: Deborah H Woodie
First Client

SIGNED: Deborah A Woodie
First Client

DATED: 8-4-09

PRINTED NAME: Deborah A Woodie
Second Client

SIGNED: _____
Second Client

DATED: _____

SUBSCRIBED AND SWORN TO ME THIS
__6th__ DAY OF __August__, 2009

__[signature]__
NOTARY PUBLIC

[Notary seal: State of Tennessee Notary Public]

*8-17-11*

8

# Facsimile Cover Sheet

| | |
|---|---|
| To Fax: | 7079333613 |
| To Name: | |
| To Company: | Chase Receivables |
| From Fax Number: | 312-263-1637 |
| From Voice Number: | |
| From Name: | Jeff Whitehead |
| From Company: | |
| Subject: | RE:Deborah Woodie ▮ |
| Date/Time: | 8/23/2011  4:28:09 PM |
| Pages: | 5 |
| Comments: | |

# GFI Fax transmission report
# Fax sent at: 4:40:40 PM, 08/23/2011

**Fax sent successfully : Success**

| | |
|---|---|
| Fax Status: | normal |
| To Fax #: | 7079333613 |
| To Name: | |
| To Company: | Chase Receivables |
| From Fax Number: | 13122631637 |
| From Voice Number: | |
| From Name: | Jeff Whitehead |
| From Company: | Legal Advocates for Seniors and People with Disabilities |
| **Subject:** | **RE:Deborah Woodie** ▬▬▬ |
| **Time Sent:** | **16:40:40** |
| **Date Sent:** | **2011-08-23** |
| Sending Time: | 00:12:15 |
| **Total Pages:** | **Cover page plus 5 attached pages.** |

No comments were included on cover page...

**END OF TRANSMISSION REPORT...**